# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 20-MC-1899
NOLAN MICHAEL ALEXIS, DOB: XX/XX/1982, SSN: XXX-XX-5903, )
VIA A BUCCAL SWAB, WHEREVER FOUND )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Nolan Michael Alexis, DOB: XX/XX/1982, SSN: XXX-XX-5903, wherever found.

located in the ___Eastern___ District of ___Louisiana___, there is now concealed *(identify the person or describe the property to be seized)*:

A sample of DNA, to be obatined via a cotton/buccal swab in the mouth.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Justin G. Amacker
*Applicant's signature*

Justin G. Amacker, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/10/2020

*Judge's signature*

City and state: New Orleans, Louisiana     Hon. Karen Wells Roby, Chief U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF THE DNA OF NOLAN MICHAEL ALEXIS, DOB: XX/XX/1982, SSN: XXX-XX-5903, VIA A BUCCAL SWAB, WHEREVER FOUND | * * * | CASE NO. 20-mc-1899 |

\* \* \*

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Justin G. Amacker, being duly sworn, do hereby depose and state that the following is true and correct to the best of my knowledge:

### PURPOSE OF AFFIDAVIT

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 2019. I am currently assigned to the New Orleans Field Division, New Orleans Group I. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy at Glynco, Georgia. Prior to the ATF, I was employed by the U.S. Marshals Service for approximately four years. Prior to being employed as Deputy Marshal, I was employed in the state of Mississippi as a state narcotics agent at the Mississippi Bureau of Narcotics. I also served as a patrol officer, narcotics detective, and criminal investigations detective in the city of Gulfport, Mississippi. I have served my community in the field of law enforcement for over fifteen years.

2. This Affidavit is made in support of a search warrant for samples of deoxyribonucleic acid ("DNA"), which are to be obtained via cotton/buccal, or cheek swab from the person, Nolan Michael ALEXIS, DOB XX/XX/1982, SSN: XXX-XX-5903, who currently resides at 3936 Delachaise Street, New Orleans, LA 70125.

3. Because this Affidavit is being submitted for the limited purpose of securing a Search Warrant, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the Search Warrant sought. The following information was obtained by me personally or has been provided to me by Special Agent Ryan Krummel and other law enforcement officers.

## PROBABLE CAUSE

4. On June 18, 2020, New Orleans Police Department (NOPD) Officer Michael Lane was dispatched to a complaint of a potential road rage incident. NOPD dispatch received a call in which a subject on a bicycle shot at a person operating a motor vehicle near the intersection of Elba Street and South Broad Street in New Orleans, Louisiana. Officer Lane and responding officers investigated the complaint. Through information obtained during the investigation, including surveillance footage obtained from a nearby RTCC camera located near the location of the shooting, law enforcement identified an individual, Randon Montgomery, as a suspect of the shooting. The surveillance footage showed Montgomery in possession of a rifle-style firearm at the time of the shooting. NOPD developed a residential address for Montgomery of 3936 Delachaise Street, New Orleans, Louisiana, 70125. NOPD officers went to the Delachaise address in an effort to further their investigation.

5. Upon arriving at the location, officers observed Montgomery hiding underneath the residence of 3936 Delachaise Street. Officers observed a rifle-styled weapon, similar to the weapon shown in the RTCC video, lying near Montgomery. Montgomery was arrested at the residence. The firearm, a stolen Ruger, 10/22, .22, was removed. Officers observed that the rifle had been illegally modified and that the barrel of the firearm was missing. The modifications to

the firearm, violations of federal law, resulted in the ATF investigating Montgomery's possession of the firearm.

6. Montgomery was detained at the Orleans Parish Justice Center following his arrest. On June 19, 2020, SA Ryan Krummel, while monitoring Montgomery's jail conversations, learned that Montgomery and his brother, Nolan Michael ALEXIS, spoke in coded language eluding to the location of the missing barrel of the rifle that was found in Montgomery's possession. After learning that the barrel was located on the rear porch of 3936 Delachaise Street, SA Krummel contacted NOPD. In response, Officer Lane elected to obtain a state search warrant for 3936 Delachaise Street.

7. On June 22, 2020, your Affiant, along with SA Krummel, SA Amacker, SA Barton, and her K-9 partner, Ting, arrived at 3936 Delachaise Street to assist the NOPD with the warrant's execution. SA Barton and K-9 Ting have been trained to detect and recover firearms and ammunition.

8. Upon arriving at 3936 Delachaise Street, law enforcement members located Nolan Michael ALEXIS at the residence, along with his girlfriend. ALEXIS was informed that law enforcement was at the residence to execute a search warrant. ALEXIS cooperated with law enforcement as the execution of the search warrant occurred.

9. Upon entering the master bedroom, K-9 Ting alerted to a backpack located inside of the bedroom's closet. The backpack was recovered. While looking inside the backpack, ATF agents discovered a loaded revolver, identified as a Smith and Wesson, model 64, .38 caliber, bearing serial number D609508. The firearm was loaded with six rounds of ammunition. In

addition to the firearm, agents observed a box of ammunition containing forty-three rounds of ammunition inside the bag.

10. Your Affiant queried ALEXIS's name in an effort to determine if he was in lawful possession of the firearm. Upon doing so, I learned that ALEXIS is a convicted felon, having been convicted in federal and state courts for drug and firearm offenses. Specifically, ALEXIS was previously convicted of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and the state offense of possession of cocaine in violation of La. R.S. 40:966. ALEXIS's convictions prohibit him from possessing firearms and ammunition.

11. After confirming ALEXIS's status as a convicted felon, I located ALEXIS in the living room/front porch area of the residence and questioned him as to his criminal history and possession of the Smith and Wesson firearm. ALEXIS acknowledged that he is a convicted felon. ALEXIS also acknowledged knowing that because he is a convicted felon, he is not allowed to possess a firearm. When asked who resided at 3936 Delachaise Street, ALEXIS admitted that he lived at the residence with Montgomery, and that his girlfriend had access to the residence as well. When asked specifically about the master bedroom, ALEXIS admitted that he occupied the master bedroom. This statement was corroborated by the identification card belonging to ALEXIS that was located inside the bedroom. ALEXIS denied ownership of the firearm.

12. ALEXIS's girlfriend, T. H., was interviewed. According to T.H., she knew that the firearm was located inside of the master bedroom closet. T.H. denied knowing that the firearm was located inside of the backpack, claiming instead that she believed that the gun was stored inside of either a shoe box or a ladies leather jacket within the closet. According to T.H., the firearm did not belong to ALEXIS. T.H. instead alleged that the firearm belonged to her lawful husband.

4

13. As a result of ALEXIS's status as a convicted felon, the firearm was taken to the ATF Group I Field Office and stored in the evidence vault where it currently remains.

14. As a result of being a convicted felon, ALEXIS's DNA was previously submitted to the Combined DNA Index System (CODIS) database. The database is a national DNA database created and maintained by the Federal Bureau of Investigation.

15. Biological evidence related to ALEXIS's possession of the Smith and Wesson firearm may be obtained from the execution of the search warrant. ATF has contacted the Jefferson Parish Crime Laboratory for the purpose of having the laboratory conduct DNA testing on the Smith and Wesson firearm. Should an unknown DNA profile be detected on the Smith and Wesson firearm, said profile will be uploaded to the CODIS database. Furthermore, should a CODIS "hit" to ALEXIS's DNA result from the submission, a confirmation buccal swab from ALEXIS is necessary to confirm the DNA match or "hit."

16. Based on my training and experience, experience and knowledge of DNA as it pertains to evidence associated with criminal investigations, and the information provided above, your Affiant is seeking the legal authority to swab the mouth of Nolan Michael ALEXIS, with a sterile swab, in order to obtain a sample of ALEXIS's DNA. The oral swab (DNA sample) taken from ALEXIS will be compared to the DNA obtained from the Smith and Wesson, model 64, .38 caliber, bearing serial number D609508. The above described DNA sample of ALEXIS is reasonably believed to be evidence of a violation of Title 18, United States Code, Section 922 (g)(1), and subject to seizure pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

                                                          */s/ Justin G. Amacker*
                                                          Justin G. Amacker, Special Agent
                                                          Bureau of Alcohol, Tobacco, Firearms & Explosives

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 10th day of July, 2020,
New Orleans, Louisiana.

_____
HONORABLE KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE